AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Adam White,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SHOLEM KLEIN, CITY OF NEW YORK, LEIGHTON BARRETT, KURT KLENKE, AHMED ALI, PALAKPREET KAUR, ADAM PHILLIPS, CARLOS REBOLLEDOCORTES, and IKRAM ULLAH,<br><br>*Defendant(s)* | Civil Action No. 23-cv-6924 (BMC) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  All Defendants -- Please see attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 09/25/2023

*Roseann Guzzi*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-6924 (BMC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**Summons Rider For *Adam White v. Sholem Klein, et al.* Complaint**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
ADAM D. WHITE,                                                                  **SUMMONS RIDER**

                                Plaintiff,        **23-cv-6924 (BMC)**

        -against-

SHOLEM KLEIN, THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT ("NYPD") SERGEANT
LEIGHTON BARRETT, NYPD SERGEANT KURT KLENKE,
NYPD OFFICER AHMED ALI, NYPD OFFICER PALAKPREET
KAUR, NYPD OFFICER ADAM PHILLIPS, NYPD OFFICER
CARLOS REBOLLEDOCORTES, and NYPD OFFICER IKRAM
ULLAH,

                                Defendants.
--------------------------------------------------------------------------------X

1. SHOLEM KLEIN
   454 ARGYLE ROAD
   CEDARHURST, NY 11516

2. THE CITY OF NEW YORK
   c/o NEW YORK CITY LAW DEPARTMENT
   100 CHURCH STREET
   NEW YORK, NY 10007

3. NEW YORK CITY POLICE DEPARTMENT ("NYPD") SERGEANT LEIGHTON BARRETT
   78th Precinct Community Affairs
   65 6th Avenue
   Brooklyn, NY, 11217-2110

4. NYPD SERGEANT KURT KLENKE
   78TH PRECINCT
   65 6th Avenue
   Brooklyn, NY, 11217-2110

5. NYPD OFFICER AHMED ALI
   PBBS SPECIALIZED UNITS
   c/o 397 Coney Island Ave
   Brooklyn, NY 11218

6. NYPD OFFICER PALAKPREET KAUR

1

**Summons Rider For *Adam White v. Sholem Klein, et al.* Complaint**

    78TH PRECINCT
    65 6th Avenue
    Brooklyn, NY, 11217-2110

7. NYPD OFFICER ADAM PHILLIPS
    78TH PRECINCT
    65 6th Avenue
    Brooklyn, NY, 11217-2110

8. NYPD OFFICER CARLOS REBOLLEDOCORTES
    78TH PRECINCT
    65 6th Avenue
    Brooklyn, NY, 11217-2110

9. NYPD OFFICER IKRAM ULLAH
    78TH PRECINCT
    65 6th Avenue
    Brooklyn, NY, 11217-2110