UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

GPS and Timestamp: 40.7301171217493, -73.81090982823987
1696600450001

**Plaintiff / Petitioner:**
ADAM WHITE

**Defendant / Respondent:**
SHOLEM KLEIN ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-06924(BMC)

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Fri, Oct 06 2023 AT 09:54 AM AT 71-01 Parsons Blvd, Fresh Meadows, NY 11365 deponent served the within summons and complaint INDIVIDUAL PRACTICES OF BRIAN M COGAN AND 9/21/23 PRETRIAL CONFERENCE ORDER on SERGEANT LEIGHTON BARRETT

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Principal Ortiz a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 71-01 Parsons Blvd, Fresh Meadows, NY 11365, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Fri, Oct 06 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45   Ethnicity: Caucasian   Gender: Female   Weight: 190
Height: 5'8"   Hair: Brown   Eyes: Brown   Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 8th day of October 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024