UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ADAM D. WHITE,

                                       Plaintiff,

        -against-

SHOLEM KLEIN, THE CITY OF NEW YORK, ET AL.,

                                      Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

23-CV-06924 (BMC)

        **PLEASE TAKE NOTICE** that **JOSEPH M. HIRAOKA, JR.**, Senior Counsel, hereby appears as counsel of record on behalf of the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York. All papers and Electronic Case Filing notifications in this action should be served upon the undersigned at the address stated below.

        I certify that I am admitted to practice before this Court.

Dated: New York, New York
       October 13, 2023

                                                HON. SYLVIA O. HINDS-RADIX
                                               Corporation Counsel of the City of New York
                                               *Attorney for Defendant City of New York.*
                                               100 Church Street
                                               New York, New York 10007
                                               Office: (212) 356-2413

                                  By:   *Joseph M. Hiraoka, Jr.*
                                               Joseph M. Hiraoka, Jr.
                                               *Senior Counsel*

cc:    **Via ECF**
        *All attorneys of record*