Hector Roman, Esq
Law Office of Hector M. Roman, P.C.
108-14 Jamaica Avenue
Richmond Hill, NY 11418
(718) 533-8444
Fax (718) 732-2151
hroman@roman-law.org
Attorney for DEFENDANT SHOLEM KLEIN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ADAM D. WHITE.,                                                    Civ. No.: 1:23-cv-6924

          v.                              Plaintiff(s),

                                                          **VERIFIED ANSWER**

SHOLEM KLEIN, THE CITY OF NEW YOK, NEW YORK
CITY POLICE DEPARTMENT ("NYPD") SERGEANT
LEIGHTON BARRETT, NYPD SERGEANT KURT KLENKE,
NYPD OFFICER AHMED ALI, NYPD OFFICER PALAKPREET
KAUR, NYPD OFFICER ADMAM PHILLIPS, NYPD OFFICER
CARLOS REBOLLEDOCORTES, and NYPD OFFICER IKRAM
ULLAH,
                                         Defendant(s)
--------------------------------------------------------------------------------

### ANSWER AND DEFENSES

DEFENDANT SHOLEM KLEIN (hereinafter "KLEIN") as an for his answer to the

Complaint by and through his attorneys the Law Office of Hector M. Roman P.C., states as

follows:

1.        The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 1 of the complaint.

2.        The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 2 of the complaint.

3.        The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 3 of the complaint.

1

4.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 4 of the complaint.

5.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 5 of the complaint.

6.      The DEFENDANT KLEIN denies the allegations contained in paragraph 6 of the complaint.

7.      The DEFENDANT KLEIN denies the allegations contained in paragraph 7 of the complaint.

8.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.      The DEFENDANT KLEIN denies the allegations contained in paragraph 9 of the complaint.

10.      The DEFENDANT KLEIN denies the allegations contained in paragraph 10 of the complaint.

11.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.      The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's

Complaint.

21.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint.

30.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's

Complaint.

43.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Complaint.

49.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's

Complaint.

65.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiff's Complaint.

67.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiff's Complaint.

68.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 69 of Plaintiff's Complaint.

70.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 70 of Plaintiff's Complaint.

71.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 71 of Plaintiff's Complaint.

72.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 72 of Plaintiff's Complaint.

73.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 73 of Plaintiff's Complaint.

74.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 74 of Plaintiff's Complaint.

75.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 75 of Plaintiff's Complaint.

76.      The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 77 of Plaintiff's Complaint.

78.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 78 of Plaintiff's Complaint.

79.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 80 of Plaintiff's Complaint.

81.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83.     The DEFENDANT KLEIN denies the allegations and premise contained in paragraph 83 of the complaint.

84.     The DEFENDANT KLEIN denies the allegations and premise contained in paragraph 84 of the complaint.

85.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 85 of Plaintiff's Complaint.

86.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 86 of Plaintiff's Complaint.

87.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 88 of Plaintiff's Complaint.

89.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 89 of Plaintiff's Complaint.

90.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 90 of Plaintiff's Complaint.

91.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 91 of Plaintiff's Complaint.

92.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 92 of Plaintiff's Complaint.

93.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 94 of Plaintiff's

Complaint.

95.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiff's Complaint.

97.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 97 of Plaintiff's Complaint.

98.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 98 of Plaintiff's Complaint.

99.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 99 of Plaintiff's Complaint.

100.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiff's Complaint.

101.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 101 of Plaintiff's Complaint.

102.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 103 of Plaintiff's Complaint.

104.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 104 of Plaintiff's Complaint.

105.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 105 of Plaintiff's Complaint.

106.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 106 of Plaintiff's Complaint.

107.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 107 of Plaintiff's Complaint.

108.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 108 of Plaintiff's Complaint.

109.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 112 of Plaintiff's Complaint.

113.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 113 of Plaintiff's Complaint.

114.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 116 of Plaintiff's

Complaint.

117.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 118 of Plaintiff's Complaint.

119.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 119 of Plaintiff's Complaint.

120.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 122 of Plaintiff's Complaint.

123.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 124 of Plaintiff's Complaint.

125.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 125 of Plaintiff's Complaint.

126.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 126 of Plaintiff's Complaint.

127.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 127 of Plaintiff's Complaint.

128.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 128 of Plaintiff's Complaint.

129.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 130 of Plaintiff's Complaint.

131.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 131 of Plaintiff's Complaint.

132.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 132 of Plaintiff's Complaint.

133.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 133 of Plaintiff's Complaint.

134.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 135 of Plaintiff's Complaint.

136.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 136 of Plaintiff's Complaint.

137.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 138 of Plaintiff's

Complaint.

139.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 139 of Plaintiff's Complaint.

140.     The DEFENDANT KLEIN denies the allegations contained in paragraph 140 of the complaint.

141.     The DEFENDANT KLEIN denies the allegations contained in paragraph 141 of the complaint.

142.     The DEFENDANT KLEIN denies the allegations contained in paragraph 142 of the complaint.

143.     The DEFENDANT KLEIN denies the allegations contained in paragraph 143 of the complaint.

144.     The DEFENDANT KLEIN denies the allegations contained in paragraph 144 of the complaint.

145.     The DEFENDANT KLEIN denies the allegations contained in paragraph 145 of the complaint.

146.     The DEFENDANT KLEIN denies the allegations contained in paragraph 146 of the complaint.

147.     The DEFENDANT KLEIN denies the allegations contained in paragraph 147 of the complaint.

148.     The DEFENDANT KLEIN denies the allegations contained in paragraph 148 of the complaint.

149.     The DEFENDANT KLEIN denies the allegations contained in paragraph 149 of the complaint.

150.     The DEFENDANT KLEIN denies the allegations contained in paragraph 150 of the complaint.

## AS AND FOR A RESPONSE TO THE FIRST CLAIM FOR RELIEF

151.     The DEFENDANT KLEIN denies the allegations contained in paragraph 151 of the complaint.

152.     The DEFENDANT KLEIN denies the allegations contained in paragraph 152 of the complaint.

153.     The DEFENDANT KLEIN denies the allegations contained in paragraph 153 of the complaint.

154.     The DEFENDANT KLEIN denies the allegations contained in paragraph 154 of the complaint.

155.     The DEFENDANT KLEIN denies the allegations contained in paragraph 155 of the complaint.

156.     The DEFENDANT KLEIN denies the allegations contained in paragraph 156 of the complaint.

157.     The DEFENDANT KLEIN denies the allegations contained in paragraph 157 of the complaint.

## AS AND FOR A RESPONSE TO THE SECOND CLAIM FOR RELIEF

158.     The DEFENDANT KLEIN denies the allegations contained in paragraph 158 of the complaint.

159.    The DEFENDANT KLEIN denies the allegations contained in paragraph 159 of the complaint.

160.    The DEFENDANT KLEIN denies the allegations contained in paragraph 160 of the complaint.

161.    The DEFENDANT KLEIN denies the allegations contained in paragraph 161 of the complaint.

162.    The DEFENDANT KLEIN denies the allegations contained in paragraph 162 of the complaint.

163.    The DEFENDANT KLEIN denies the allegations contained in paragraph 163 of the complaint.

164.    The DEFENDANT KLEIN denies the allegations contained in paragraph 164 of the complaint.

165.    The DEFENDANT KLEIN denies the allegations contained in paragraph 165 of the complaint.

## AS AND FOR A RESPONSE TO THE THIRD CLAIM FOR RELIEF

166.    The DEFENDANT KLEIN denies the allegations contained in paragraph 166 of the complaint.

167.    The DEFENDANT KLEIN denies the allegations contained in paragraph 167 of the complaint.

168.    The DEFENDANT KLEIN denies the allegations contained in paragraph 168 of the complaint.

169.    The DEFENDANT KLEIN denies the allegations contained in paragraph 169

of the complaint.

## AS AND FOR A RESPONSE TO THE FOURTH CLAIM FOR RELIEF

170.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 170 of Plaintiff's Complaint.

171.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 171 of Plaintiff's Complaint.

172.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 172 of Plaintiff's Complaint.

173.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 173 of Plaintiff's Complaint.

174.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 174 of Plaintiff's Complaint.

175.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 175 of Plaintiff's Complaint.

176.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 176 of Plaintiff's

Complaint.

177.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 177 of Plaintiff's Complaint.

**AS AND FOR A RESPONSE TO THE FIFTH CLAIM FOR RELIEF**

178.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 178 of Plaintiff's Complaint.

179.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 179 of Plaintiff's Complaint.

180.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 180 of Plaintiff's Complaint.

181.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 181 of Plaintiff's Complaint.

182.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 182 of Plaintiff's Complaint.

183.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 183 of Plaintiff's

Complaint.

184.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 184 of Plaintiff's Complaint.

**AS AND FOR A RESPONSE TO THE SIXTH CLAIM FOR RELIEF**

185.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 185 of Plaintiff's Complaint.

186.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 186 of Plaintiff's Complaint.

187.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 187 of Plaintiff's Complaint.

188.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 188 of Plaintiff's Complaint.

189.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 189 of Plaintiff's Complaint.

190.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 190 of Plaintiff's

Complaint.

191.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 191 of Plaintiff's Complaint.

## AS AND FOR A RESPONSE TO THE SEVENTH CLAIM FOR RELIEF

192.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 192 of Plaintiff's Complaint.

193.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 193 of Plaintiff's Complaint.

194.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 194 of Plaintiff's Complaint.

195.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 195 of Plaintiff's Complaint.

196.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 196 of Plaintiff's Complaint.

197.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 197 of Plaintiff's

Complaint.

198.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 198 of Plaintiff's Complaint.

199.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 199 of Plaintiff's Complaint.

200.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 200 of Plaintiff's Complaint.

201.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 201 of Plaintiff's Complaint.

202.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 202 of Plaintiff's Complaint.

203.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 203 of Plaintiff's Complaint.

204.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 204 of Plaintiff's Complaint.

205.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 205 of Plaintiff's Complaint.

206.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 206 of Plaintiff's Complaint.

207.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 207 of Plaintiff's Complaint.

208.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 208 of Plaintiff's Complaint.

209.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 209 of Plaintiff's Complaint.

210.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 210 of Plaintiff's Complaint.

211.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 211 of Plaintiff's Complaint.

212.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 212 of Plaintiff's Complaint.

213.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 213 of Plaintiff's Complaint.

214.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 214 of Plaintiff's Complaint.

215.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 215 of Plaintiff's Complaint.

216.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 216 of Plaintiff's Complaint.

217.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 217 of Plaintiff's Complaint.

218.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 218 of Plaintiff's Complaint.

219.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 219 of Plaintiff's

Complaint.

220.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 220 of Plaintiff's Complaint.

221.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 221 of Plaintiff's Complaint.

222.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 222 of Plaintiff's Complaint.

223.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 223 of Plaintiff's Complaint.

224.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 224 of Plaintiff's Complaint.

225.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 225 of Plaintiff's Complaint.

226.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 226 of Plaintiff's Complaint.

227.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 227 of Plaintiff's Complaint.

228.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 228 of Plaintiff's Complaint.

229.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 229 of Plaintiff's Complaint.

230.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 230 of Plaintiff's Complaint.

231.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 231 of Plaintiff's Complaint.

232.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 232 of Plaintiff's Complaint.

233.   The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 233 of Plaintiff's Complaint.

234.   The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 234 of Plaintiff's Complaint.

235.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 235 of Plaintiff's Complaint.

236.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 236 of Plaintiff's Complaint.

237.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 237 of Plaintiff's Complaint.

238.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 238 of Plaintiff's Complaint.

239.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 239 of Plaintiff's Complaint.

240.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 240 of Plaintiff's Complaint.

241.    The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 241 of Plaintiff's

Complaint.

242.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 242 of Plaintiff's Complaint.

243.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 243 of Plaintiff's Complaint.

244.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 244 of Plaintiff's Complaint.

245.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 245 of Plaintiff's Complaint.

246.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 246 of Plaintiff's Complaint.

247.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 247 of Plaintiff's Complaint.

248.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 248 of Plaintiff's Complaint.

249.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 249 of Plaintiff's Complaint.

250.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 250 of Plaintiff's Complaint.

251.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 251 of Plaintiff's Complaint.

252.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 252 of Plaintiff's Complaint.

253.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 253 of Plaintiff's Complaint.

254.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 254 of Plaintiff's Complaint.

255.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 255 of Plaintiff's Complaint.

256.     The DEFENDANT KLEIN is without sufficient knowledge or information so

as to form a belief as to the truth of the allegations contained in Paragraph 256 of Plaintiff's Complaint.

257.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 257 of Plaintiff's Complaint.

258.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 258 of Plaintiff's Complaint.

259.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 259 of Plaintiff's Complaint.

260.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 260 of Plaintiff's Complaint.

261.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 261 of Plaintiff's Complaint.

262.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 262 of Plaintiff's Complaint.

263.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 263 of Plaintiff's

Complaint.

264.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 264 of Plaintiff's Complaint.

265.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 265 of Plaintiff's Complaint.

266.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 266 of Plaintiff's Complaint.

267.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 267 of Plaintiff's Complaint.

268.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 268 of Plaintiff's Complaint.

269.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 269 of Plaintiff's Complaint.

270.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 270 of Plaintiff's Complaint.

271.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 271 of Plaintiff's Complaint.

272.     The DEFENDANT KLEIN is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Paragraph 272 of Plaintiff's Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

DEFENDANT KLEIN assert the following affirmative and other defenses. In asserting those defenses, KLEIN does not assume the burden of proof with respect to any issue as to which applicable law places the burden of proof upon plaintiffs.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted against Defendant Klein.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff's First cause of action against Defendant Klein fails specify the acts or omissions by Defendant Klein to support its allegations.

## THIRD AFFIRMATIVE DEFENSE

The Defendant Klein was harrased by the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

The Defendant Klein suffered vandalism by Plaintiff's conduct.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff engaged in disorderly conduct as and for against the Defendant Klein.

## SIXTH AFFIRMATIVE DEFNESE

The Defendant Klein was assaulted by the Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff engaged in mennacing conduct as and for against the Defendant Klein.

## NINTH AFFIRMATIVE DEFENSE

Defendant Klein's conduct was neither, malcious, willful, oppressive, and/or reckless.  At all times relevant hereto, the answering defendant did not act in a negligent, reckless, or careless manner or in violation of any statute or applicable law.

## TENTH AFFIRMATIVE DEFENSE

Failure to mitigate damages.  The claims made in the Complaint are barred, in whole or in part, because of a failure to mitigate damages, if such damages exist.

## ELEVENTH AFFIRMATIVE DEFENSE

Any amount of damages otherwise recoverable by the plaintiff shall be diminished in total, or in proportion to which such culpable conduct of the plaintiff bears to the total conduct causing the damages alleged in the Verified Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

The alleged damages, if any, sustained by plaintiff were caused in whole or in part by the conduct of plaintiff or third-parties, over whom the answering defendant had no control.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege that any act or omission by the answering defendant was the proximate cause of any damage.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege actual or ascertainable damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Without any admission by the answering defendant that plaintiff suffered injury, to the extent that plaintiff did suffer a purported injury, the answering defendants state that this action is  barred in whole or in part because plaintiff failed to use reasonable means to prevent the  alleged damage and failed to use reasonable means to mitigate damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant Klein reserves his right to add any additional defenses.

## CROSS-CLAIMS
## AGAINST ALL CO-DEFENDANTS

Defendant Klein incorporates by references the pleadings set forth in all preceding and following paragraphs as if fully set forth herein.

## AS AND FOR A FIRST CROSS-CLAIM AGAINST CO-DEFENDANTS

That if the plaintiffs were caused to sustain injuries and/or damages at the time and place set forth in plaintiffs' complaint, through any negligence, carelessness and recklessness other than said plaintiffs' or its agents own negligence, carelessness and recklessness, said injuries and/or damages were sustained by reason of the negligence, carelessness and recklessness of the plaintiffs or its agents and if there is any recovery obtained by the plaintiffs against the defendant Klein, it will be damaged thereby; and plaintiffs will be primarily responsible therefore.

## AS AND FOR A SECOND SECOND CROSS-CLAIM

That any injuries and damages sustained by the plaintiff herein as a result of the alleged incident described in the plaintiff's complaint were sustained in whole or in part by reason of the negligence or other breach of duty on the part of the co-defendants.

That if it is determined that the Defendant Klein is liable to any degree to the plaintiff, whether because of negligence, by operation of law or any other reason, the Defendant, Klein is entitled to have the liability apportioned among and between the defendants by way of contribution and/or is entitled to be indemnified by one or more of said co-defendants.

## AS AND FOR A THIRD CROSS-CLAIM AGAINST CO-DEFENDANTS

In the event that the Defendant Klein is held liable for all or any part of the damages alleged to have been sustained by the plaintiffs as set forth in the plaintiffs' complaint, or any cross-claims, which liability is expressly denied, such liability will have been brought about and caused solely as a result of the fault, negligence, acts or omissions, want of care and/or breach of contract on the part of co-defendants, without any fault, negligence or want of care on the part of Defendant Klein contributing thereto, the co-defeendants will be obligated to indemnify Defendant Klein, for common-law indemnification and/or contract law, where applicable, herein against such loss or damages as it may suffer, including without limitation any judgment entered against Defendant Klein, and all costs disbursements, expenses and attorney's fees incurred in the defense of this action, as provided by applicable law.

By reason of the foregoing, the plaintiffs will be liable to the Defendant, Klein, in whole or in part for any such recovery against the said co-defendants.

**WHEREFORE**, DEFENDANT KLEIN demand that the Plaintiff's Complaint be dismissed in its entirety with prejudice, granting the cross-claims against co-defendants, awarding costs, disbursements and reasonable counsel fees, and granting such other and further relief as this Court deems just and proper.

Dated: Richmond Hill, New York

October 17, 2023                                     Law Office of Hector M. Roman, P.C.

                                                    Hector M. Roman, Esq

By:     _Hector Roman_
        _____
        Hector M. Roman (HR3196)
        Attorneys for DEFENDANT KLEIN
        108-14 Jamaica Ave
        Richmond Hill, NY 11418
        Tel: 718.533.8444
        Fax: 718.732.2151
        Email: hroman@roman-law.org

41

To:
Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007

COHEN&GREEN PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385
T. 929.888.9460
F. 929.888.9457
remy@femmelaw.com

THE CITY OF NEW YORK
C/O NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

NEW YORK CITY POLICE DEPARTMENT ("NYPD") SERGEANT LEIGHTON
BARRETT
78th Precinct Community Affairs
65 6th Avenue
Brooklyn, NY, 11217-2110

NYPD SERGEANT KURT KLENKE
78TH PRECINCT
65 6th Avenue
Brooklyn, NY, 11217-2110

NYPD OFFICER AHMED ALI
PBBS SPECIALIZED UNITS
c/o 397 Coney Island Ave
Brooklyn, NY 11218

NYPD OFFICER PALAKPREET KAUR
78TH PRECINCT
65 6th Avenue
Brooklyn, NY, 11217-2110

NYPD OFFICER ADAM PHILLIPS
78TH PRECINCT
65 6th Avenue
Brooklyn, NY, 11217-2110

NYPD OFFICER CARLOS REBOLLEDOCORTES
78TH PRECINCT
65 6th Avenue
Brooklyn, NY, 11217-2110

NYPD OFFICER IKRAM ULLAH
78TH PRECINCT
65 6th Avenue
Brooklyn, NY, 11217-2110

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             )    ss.:
COUNTY OF QUEENS    )

_Babli Mehta_, being duly sworn, deposes and says:

I am not a party to the action.  I am over 18 years of age and reside in Queens County, New York.

On October 18, 202, I served the within VERIFIED ANSWER WITH CROSS-CLAIMS by depositing a true copy thereof, enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, via regular mail addressed to each of the following persons at the last known address set forth after each name:

To:

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007

COHEN&GREEN PLLC
1639 Centre Street, Suite 216
RIDGEWOOD, NY 11385

THE CITY OF NEW YORK
C/O NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET NEW YORK, NY 10007

NYPD SERGEANT LEIGHTON BARRETT
78th Precinct Community Affairs
65 6th Avenue Brooklyn, NY, 11217-2110

NYPD SERGEANT KURT KLENKE
78TH PRECINCT
65 6th Avenue Brooklyn, NY, 11217-2110

NYPD OFFICER AHMED ALIPBBS
SPECIALIZED UNITS c/o
397 Coney Island Ave Brooklyn, NY 11218

NYPD OFFICER PALAKPREET KAUR
78TH PRECINCT
65 6th Avenue Brooklyn, NY, 11217-2110

NYPD OFFICER ADAM PHILLIPS
78TH PRECINCT
65 6th Avenue Brooklyn, NY, 11217-2110

NYPD OFFICER CARLOS REBOLLEDOCORTES
78TH PRECINCT
65 6th Avenue Brooklyn, NY, 11217-2110

NYPD OFFICER IKRAM ULLAH
78TH PRECINCT
65 6th Avenue Brooklyn, NY, 11217-2110

_Babli Mehta_
Babli  Mehta

Sworn to before me this
_18_ day of October, 2023

Notary Public

HOMDAT KRIS MISRA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MI6425935
Qualified in Nassau County
My Commission Expires: _11-29-25_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civ. No.: 1:23-cv-6924

ADAM D. WHITE.,

       Plaintiff(s),

v.

SHOLEM KLEIN, THE CITY OF NEW YOK, NEW YORK
CITY POLICE DEPARTMENT ("NYPD") SERGEANT
LEIGHTON BARRETT, NYPD SERGEANT KURT KLENKE,
NYPD OFFICER AHMED ALI, NYPD OFFICER PALAKPREET
KAUR, NYPD OFFICER ADMAM PHILLIPS, NYPD OFFICER
CARLOS REBOLLEDOCORTES, and NYPD OFFICER IKRAM
ULLAH,

       Defendant(s)

## VERIFIED ANSWER WITH CROSS-CLAIMS

Law Office of Hector M. Roman, P.C.
Attorneys for Defendant Sholem Klein
108-14 Jamaica Avenue
Richmond Hill, New York 11418
(718) 533-8444
Fax No.: (718) 732-2151

To:

Signature (Rule 130-1.1-a)

Attorneys for

*Hector Roman*

Hector M. Roman

Service of a copy of the within is hereby admitted

Dated:10/17/2023