

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | JOSEPH M. HIRAOKA, JR.<br>*Senior Counsel*<br>jhiraoka@law.nyc.gov<br>Phone: (212) 356-2413<br>Fax: (212) 356-1148 |
|---|---|---|

October 23, 2023

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Adam White v. The City of New York, et al.</u>, 23 CV 6924 (BMC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, representing defendants City of New York, Sergeant Barrett, Sergeant Klenke, Officer Ali, Officer Kaur, Officer Phillips, Officer Rebolledocortes, and Officer Ullah. I write, with the consent of plaintiff's counsel, Gideon Oliver, Esq., to respectfully request that defendants Barrett, Klenke, Ali, Kaur, Phillips, Rebolledocortes and Ullah's time to answer or otherwise respond to the complaint be extended until December 18, 2023, when the defendant City's answer is due. This is the first request for an enlargement of time to answer for these officers and it will not affect any other deadlines.

By way of background, on October 16, 2023, the Court had previously extended the time for the defendant City of New York to answer to December 18, 2023. The Court also ordered that if the individual defendants default in their answer, plaintiff is ordered to request that the Clerk enter their default on the docket by October 23, 2023. Pursuant to General Municipal Law Section 50-k, this office completed its investigation and determined that it may represent these officers on October 20, 2023, and these officers have authorized this office to represent them.

In light of the Law Department's representation that it will be appearing on behalf of the individual NYPD member Defendants, Plaintiff asks that the Court relieve Plaintiff of the obligation to file for defaults against those Defendants. The Defendants represented by the Law Department consent.

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

Respectfully submitted,

/s/

Joseph M. Hiraoka, Jr.
Senior Counsel
Special Federal Litigation Division

cc:     Gideon Oliver, Esq. (by ECF)