## Adam D. White v. City of New York, et al. – Docket No. 23-CV-6924 (RER)(MMH)
### Privilege Log

| Type of Document | Subject Matter | Reason for Withholding |
|---|---|---|
| E-mail communication and documents concerning representation and litigation of the underlying matter between Assistant Corporation Counsel and Defendants | Communications between attorney and client regarding analysis and strategy; and documents prepared for or by attorney in contemplation of litigation. | Attorney Work Product and/or Attorney-Client Privilege |
| Preservation Request | Request to preserve documents by Assistant Corporation Counsel to NYPD concerning the underlying matter. | Attorney Work Product and/or Attorney-Client Privilege |

1