

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JOSEPH M. HIRAOKA, JR.**
*Senior Counsel*
jhiraoka@law.nyc.gov
Phone: (212) 356-2413
Fax: (212) 356-1148

February 28, 2024

**BY E-MAIL**
Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007

Re: <u>Adam White v. Sholem Klein et al.</u>, 23 CV 6924 (RER)(MMH)

Dear Mr. Oliver:

I write in response to your letter dated February 23, 2024. City defendants will produce a supplemental privilege log by March 15, 2024.

Also, with respect to the objections City defendants raised on the basis that plaintiff requested "all documents," City defendants agree to withdraw the objection to the phrase "all documents."

In addition, under the heading of "Searches" in your letter, you stated there has been a categorical refusal to discuss collection and review methodology. I do not agree with this statement as I had previously informed you that the defendant officers had been advised to preserve whatever electronically stored information they have. However, please contact me if you want to discuss this issue further.

With respect to the specific items you set forth in your letter, please note the following.

With respect to the interrogatory responses you specifically enumerated in your letter, please note the following:

1. Interrogatory Response No. 3: City defendants will remove the language "limiting their response to what plaintiff was arrested for."

2. Interrogatory Response No. 5: City defendants are willing to amend their response to "when he was under arrest at the location where he was arrested on November 11, 2022."

3. Interrogatory Response No. 10: City defendants will supplement this response by March 15, 2024.

4. Interrogatory Response No. 13: City defendants will supplement this response if necessary by March 15, 2024.

5. Interrogatory Response No. 16: City defendants will supplement this response by March 15, 2024.

6. Interrogatory Response No. 17: City defendants will supplement this response by March 15, 2024.

With respect to the response to document requests you specifically enumerate in your letter, please note the following:

1. Document Request No. 18: City defendants will supplement this response by March 15, 2024.

2. Document Request No. 20: City defendants will supplement this response by March 15, 2024.

3. Document Request No. 24: City defendants will supplement this response by March 15, 2024.

4. Document Request No. 36: City defendants will supplement this response by March 15, 2024.

5. Document Request No. 38: City defendants will supplement this response by March 15, 2024.

6. Document Request No. 40: City defendants will supplement this response if necessary by March 15, 2024.

7. Document Requests Nos. 42-58: City defendants do not understand plaintiff's claim that City defendants relied on Monell to object to Nos. 45, 46, 54, and 58 since City defendants did not object to those requests based on Monell. City defendants request plaintiff to clarify what the objections are to Nos. 45, 46, 54, and 58. With respect to those requests where City defendants did object on the basis of Monell, City defendants stand by their objections, but agree to withdraw the objection to the phrase "all documents."

8. Document Request No. 64: City defendants will supplement this response by March 15, 2024.

With respect to the rest of our responses to plaintiff's interrogatories and document requests, we will review each of them, and provide a supplemental response as appropriate by March 15, 2024. I am willing to further discuss any remaining unresolved issues to attempt to come to a resolution. Please contact me if you wish to do so.

Thank you.

                                              Very truly yours,

                                              *Joseph M. Hiraoka, Jr.*
                                              Joseph M. Hiraoka, Jr.
                                              Senior Counsel
                                              Special Federal Litigation Division

cc:     All Counsel (by e-mail)