

| MURIEL GOODE-TRUFANT<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JOSEPH M. HIRAOKA, JR.<br>*Senior Counsel*<br>jhiraoka@law.nyc.gov<br>Phone: (212) 356-2413<br>Fax: (212) 356-1148 |
|---|---|---|

June 5, 2024

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Adam White v. The City of New York, et al.</u>, 23 CV 6924 (RER)(MMH)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, representing defendants City of New York, Sergeant Barrett, Sergeant Klenke, Officer Ali, Officer Kaur, Officer Phillips, Officer Rebolledocortes, and Officer Ullah ("City defendants").

    The parties write to jointly request a settlement conference. The parties are available for a three-hour block of time during the afternoon hours of June 24, July 1, July 2, and July 3. Please advise if the Court is available on any of these proposed dates for a settlement conference.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              *Joseph M. Hiraoka, Jr.*
                                              Joseph M. Hiraoka, Jr.
                                              Senior Counsel
                                              Special Federal Litigation Division

cc:    All Counsel (by ECF)