1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF NEW YORK

3  _____

4  ADAM WHITE,

5          Plaintiff,

6     -against-                    Case No.:

7  SHOLEM KLEIN, THE CITY OF NEW YORK,  23-cv-06924-RER-MMH

8  NEW YORK CITY POLICE DEPARTMENT

9  ("NYPD") SERGEANT LEIGHTON BARRETT,

10  NYPD SERGEANT KURT KLENKE, NYPD OFFICER

11  AHMED ALI, NYPD OFFICER PALAKPREET KAUR,

12  NYPD OFFICER ADAM PHILLIPS, NYPD OFFICER

13  CARLOS REBOLLEDOCORTES, and NYPD OFFICER

14  IKRAM ULLAH,

15          Defendants.

16

17

18

19

20

21

22

23

24

25

1  _____

2                          DEPOSITION

3  _____

4

5  WITNESS:                SHOLEM KLEIN

6  DATE:                   Friday, May 10, 2024

7  START TIME:             1:06 p.m., ET

8  END TIME:               3:01 p.m., ET

9  REMOTE LOCATION:        Remote Legal platform

10 PROCEEDINGS OFFICER:    Vanessa Van Wagner,

11                         CER/CDR-1602

12 JOB NO.:                25551

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    A P P E A R A N C E S

2

3          GIDEON ORION OLIVER ATTORNEY AT LAW

4          277 Broadway

5          Suite 1501

6          New York, New York 10007

7          By:  GIDEON ORION OLIVER, ESQUIRE

8               gideon@gideonlaw.com

9          Appearing for Plaintiff

10

11         COHEN & GREEN P.L.L.C.

12         1639 Centre Street

13         Suite 216

14         Ridgewood, New York 1138

15         By:  J. REMY GREEN, ESQUIRE

16               remy@femmelaw.com

17         Appearing for Plaintiff

18

19         LAW OFFICE OF HECTOR ROMAN, P.C.

20         108-14 Jamaica Avenue

21         Richmond Hill, New York 11418

22         By:  HECTOR ROMAN, ESQUIRE

23               hroman@roman-law.org

24         Appearing for Defendant, Sholem Klein

25
```

```
 1              A P P E A R A N C E S (CONT'D)

 2

 3        NEW YORK CITY LAW DEPARTMENT

 4        100 Church Street

 5        New York, New York 10007

 6        By:  JOSEPH MAKOTO HIRAOKA JR., ESQUIRE

 7             jhiraoka@law.nyc.gov

 8        Appearing for Defendants, The City of New York and

 9        defendant police officers

10

11

12   ALSO PRESENT:

13        Regina Yu, Law Clerk, Cohen & Green P.L.L.C.

14        Amanda Ricker, Notary Public

15

16

17

18

19

20

21

22

23

24

25
```

1          I N D E X   O F   T E S T I M O N Y

2

3   EXAMINATION OF SHOLEM KLEIN:                    PAGE

4       By Mr. Oliver                              14

5       By Mr. Hiraoka                             72

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    but you could probably see his mouth moving after your

 2    question.  I don't know if it's a lag on your end or our

 3    end.  I'm not sure.

 4                   MR. OLVER:  It's certainly not on my end.

 5    But when I ask a question it's -- I'm seeing a three to

 6    five second pause before the answer.

 7    BY MR. OLIVER:

 8         Q    Did you review any videos to prepare for your

 9    deposition?

10         A    No.

11         Q    Did you review any photos to prepare for your

12    deposition?

13         A    No.

14         Q    Did you review any documents to prepare for

15    your deposition?

16         A    No.

17         Q    Aside from your attorneys, have you discussed

18    the deposition with anyone?

19         A    No.

20         Q    Did you review the transcript of the prior

21    deposition testimony?

22         A    No.

23         Q    Have you searched for any documents or

24    information since that first deposition regarding this

25    case?
```

1          A     No.

2                    MR. OLIVER:  Okay.  So we are now going

3      to mark as Exhibit 23 body-worn camera footage from

4      Officer Emeh, E-M-E-H.

5          (Exhibit 23 marked for identification.)

6                    MR. OLIVER:  And we are going to play

7      from that video, a clip from zero seconds to nine

8      seconds.  Then we're going to pause and I'll have some

9      questions.

10         (Video playback.)

11                   MR. OLIVER:  Are you ready, Regina?  I'm

12     sorry.  I can't hear you, Regina.  Okay.  I can't hear

13     you.  If you already played it, I just need to hear that

14     it's starting and stopping.  Can others hear, Ms. Yu?

15                   THE PROCEEDINGS OFFICER:  I can't hear

16     her.  And also it looks like we will have to --

17                   MR. ROMAN:  It looks like you're having

18     technical issues.

19                   THE PROCEEDINGS OFFICER:  -- either each

20     play it individually.

21                   MR. OLIVER:  We are not going to do that,

22     Ms. Wagner.  We're not going to each play it

23     individually.  We tested this before the deposition.

24     Ms. Yu is going to be basically playing the videos for

25     the witness as we go.  So that's not -- that's not going

1    what you're doing and where your phone is, if you can

2    see.  2:30 to 2:33.

3         (Video playback.)

4    BY MR. OLIVER:

5         Q    Okay.  What were you doing with your phone at

6    the time depicted in the clip?

7         A    It looks to me holding my phone.

8         Q    Were you talking to someone?

9         A    Maybe.  Not sure.

10        Q    Were you texting with someone?

11        A    I don't know.

12        Q    Do you know who you would have been talking to

13   or texting with if you were?

14        A    No.

15        Q    Okay.  And you see behind you in the clip

16   where we've -- sorry.  In the spot where we've paused

17   here at 2:33, you see that there's a NYPD vehicle there

18   that's just pulled up?

19        A    Yes, sir.

20             MR. OLIVER:  Okay.  Now, we're going to

21   watch 2:33 to 2:55.  2:33 to 2:55, Ms. Yu, is a little

22   bit different than what I had anticipated, but we're

23   going to do 2:33 to 2:55.

24        (Video playback.)

25   BY MR. OLIVER:

1  anything else aside from what you can be heard telling

2  the police in the clip?

3      A    The scenario of the scene.

4      Q    What about the scenario of the scene did that

5  clip refresh your recollection about?

6      A    I was in a legal parking spot where Mr. White

7  was standing, where his bike was.  Everything, the whole

8  corner.

9      Q    Okay.  And is there anything else that viewing

10  that clip refreshed your recollection about?

11     A    Not really.  The weather.

12     Q    Okay.  Anything else aside from the weather or

13  anything else that you've testified about that the clip

14  refreshed your recollection on?

15     A    No.  Not sure.

16          MR. OLIVER:  Okay.  Now, we're going to

17  play 3:30 to 3:45, and I'm going to ask you to pay

18  attention to your phone when we're looking at this clip.

19     (Video playback.)

20  BY MR. OLIVER:

21     Q    Could you see in the clip that we just watched

22  what you were doing with your phone?

23     A    Not sure.

24     Q    Do you need to see it again?  Would that help?

25     A    No.

```
 1       Q    Okay.  Could you tell if you were talking on

 2  the phone in the clip that we watched?

 3       A    Not sure.

 4            MR. OLIVER:  Okay.  We're going to watch

 5  7:40 to 8:00.  We're going to -- I'm going to ask you to

 6  focus again on you in the background and on your phone.

 7       (Video playback.)

 8  BY MR. OLIVER:

 9       Q    In the clip we just watched, could you see

10  what you were doing with your phone?

11       A    Holding it, putting it in my pocket.

12       Q    Do you see yourself putting the phone up to

13  your mouth?

14       A    Yes.

15       Q    Did you use on November 11, 2022 some kind of,

16  like, voice-to-text feature on your phone?

17       A    Not sure.

18       A    Okay.  Do you typically use voice-to-text on

19  your phone?

20       A    Sometimes.

21       Q    Do you use Siri?

22       A    Barely.

23       Q    Okay.  Do you know if you were talking to

24  someone at that time depicted in that clip that we just

25  watched?
```

```
 1   watched?

 2        A    I don't know.  I don't know.

 3        Q    Look to you like you were taking a picture

 4   with your phone?

 5        A    Maybe.

 6        Q    What else do you think you might have been

 7   doing, having watched that clip?

 8        A    Holding my phone.

 9        Q    Well, you held it out outstretching your right

10   arm, right?

11        A    Right.

12        Q    And then it looked like you pressed a button

13   on the phone like one does when taking a picture, right?

14        A    Possible.

15             MR. OLIVER:  Okay.  Well, we've already

16   called for production of all the photos related to this

17   date and all communications including texts and calls

18   related to this date.  So I don't think I need to renew

19   that call again.  We already did that at the last

20   deposition.  We are going to move on.  We're going to

21   look at what we're going to mark as Exhibit 25.

22        (Exhibit 25 marked for identification.)

23             MR. OLIVER:  The Bates 19 number is

24   WHITE_000119.  This is body-worn camera footage from

25   Officer Ali, A-L-I, and we're going to look first at
```

1    1:00 through 1:20.

2              MR. HIRAOKA:  Is that one minute or one

3    second, Gideon?

4              MR. OLIVER:  One minute.  Thank you, Joe.

5    One minute through 1:20, a 20-second clip.

6         (Video Playback.)

7    BY MR. OLIVER:

8         Q    Okay.  So in the clip we just watched, did you

9    see yourself with your phone in your hand?

10        A    Yes.

11        Q    What were you doing with your phone in the

12   clip?

13        A    Not sure.

14        Q    Did it look to you like you were talking on

15   the phone with someone?

16        A    Not sure.

17             MR. OLIVER:  Let's watch the clip again.

18   One minute through 1:20.

19        (Video Playback.)

20   BY MR. OLIVER:

21        Q    Okay.  We watched the clip again.  Could you

22   tell if you were talking to someone on your phone in

23   that clip?

24        A    Possible.  Listening to a voice note, seems

25   like.

```
 1       Q    Oh, Okay.  And have you searched -- and what

 2    voice note do you think you might possibly have been

 3    listening to?

 4       A    Not sure.  Maybe work.

 5       Q    Maybe a what?

 6       A    Work.  Work related.

 7       Q    I see.  Okay.  And when you say, "Voice note,"

 8    do you mean like a voicemail or a recorded note on the

 9    phone or something else?

10       A    Like, a WhatsApp voice note.

11       Q    WhatsApp.  Okay.  On November 11, 2022 were

12    you using WhatsApp to communicate about client safety

13    work?

14       A    Always.

15       Q    Okay.  All right.  So did you hear yourself in

16    the clip that we just watched say, How are you, Boss?

17       A    Yes.

18       Q    Who are you speaking to?

19       A    Not sure.

20       Q    Why were you calling the person you were

21    calling boss, "Boss"?

22       A    Not sure.

23       Q    When you use the term "Boss," how far away

24    were you from the person you were calling boss?

25       A    I don't know.
```

1      Q     And that's the van that we saw in the first

2   video clip that we watched, right?

3      A     Yes.  They were -- they -- they were not even

4   from the area, they said.  And I said, Please stay here

5   till the other police comes.

6      Q     Okay.  Thank you for telling -- well, go

7   ahead.

8      A     And the other -- and the other police came,

9   and I told the police, This guy is harassing me,

10  breaking my car and I -- I want to get rid of him.  This

11  is my work.  I work over here.  I don't want this person

12  to follow me and harass me and break my car.

13     Q     Okay.  We are going to -- well, withdrawn.

14           On November 11, 2022, aside from what you

15  claim happened to you on August 5th, did you -- and the

16  statement that you claim that Mr. White made, did you

17  have any other reason to believe that Mr. White, as you

18  say, went around and broke other people's property?

19     A     There was another gentleman who works down the

20  block and he told me that somebody has been breaking his

21  car.

22     Q     What's that gentleman's name?

23     A     I don't know.  He has a shop.  I don't know if

24  he still has a shop, but he had a shop down the block.

25     Q     What was the address of the shop?

```
 1       A    I don't know.  It's one block before.  It's

 2    not on the same block.  It's one block before.  He

 3    drives a black Range Rover.

 4       Q    And --

 5       A    He said -- he said, This guy --

 6       Q    What do they sell at the shop?

 7       A    I don't know.

 8       Q    And did you tell the police that this other

 9    person had claimed that someone else was -- that someone

10    had been damaging their car?

11       A    I don't think so.

12       Q    Did you tell the prosecutor that when you

13    spoke to the prosecutor?

14       A    I don't remember.

15            MR. OLIVER:  I'm going to call for the

16    identification of the -- this other person, the shop.

17    BY MR. OLIVER:

18       Q    And when was the conversation that you had

19    with the person you referred to as, this other

20    gentleman?

21       A    I don't remember.

22       Q    Was it after August 5, 2022?

23       A    I don't remember.

24       Q    Was it before November 11, 2022?

25       A    I don't remember, but somewhere around there.
```

1          MR. OLIVER:  Okay.  I'm also going to

2     call for production of the body-worn camera footage from

3     Officer Gonzalez which appears to -- Officer Gonzalez

4     appears to have had a -- at least a one-minute

5     conversation with Mr. Klein where no other NYPD members

6     were -- whose footage that has been disclosed yet were

7     nearby.  So I'm again calling for the production of that

8     long overdue footage.  Now we can play one -- yeah.

9          MR. HIRAOKA:  Taken under advisement.

10    Thank you.

11         MR. OLIVER:  Well, 1:54 to 2:12 is what

12    we're going to play next.

13       (Video Playback.)

14    BY MR. OLIVER:

15    Q    Okay.  In that clip, did you hear Officer --

16    did you hear yourself tell Officer Ali that you did

17    volunteer work with the 101 Precinct?

18    A    Yes.

19    Q    And did you hear yourself tell Officer Ali

20    that you did volunteer work with the Fourth Precinct?

21    A    Yes.

22    Q    And did you hear yourself tell Officer Ali

23    that you did volunteer work with Nassau County?

24    A    Fourth Precinct.

25    Q    And did you also hear yourself tell him that

1          (Exhibit 29 marked for identification.)

2    BY MR. OLIVER:

3        Q    And I'm going to ask you the same question,

4    please take a look and let me know if you've seen it

5    before.

6        A    I don't think so.

7        Q    Okay.  All right.  We can take it down.  Did

8    you tell prosecutors from the Kings County DA's Office

9    that Mr. White damaged your rear license plate border on

10   August 5th, 2022?

11       A    I don't remember.

12       Q    Did you see Mr. White damage your rear license

13   plate border on August 5th, 2022?

14       A    Not sure.

15       Q    Did you tell prosecutors that Mr. -- that your

16   friends and family had been sending you links of Mr.

17   White bragging about him damaging your plate?

18       A    I don't remember.

19       Q    Did you tell prosecutors that Mr. White had

20   been posting pictures of your vehicle on social media?

21       A    I don't remember.

22       Q    Did you tell prosecutors that posting -- that

23   you're -- that -- sorry.  Withdrawn.

24            Did you tell prosecutors that Mr. White's

25   posting became more frequent after your arrest on

```
 1   November -- sorry.  After his arrest on November 11th?

 2        A    Possible.

 3        Q    Did you tell the prosecutor that you had

 4   pictures of those posts on your phone?

 5        A    Not sure.

 6        Q    Did you ever have pictures of posts from Mr.

 7   White saved on your phone?

 8        A    Not sure.

 9        Q    Did the ADA who you spoke with tell you to

10   preserve those screenshots?

11        A    I don't remember.

12        Q    Did you tell prosecutors that the November

13   11th, '22 -- sorry.  The November 11, 2022 incident was

14   in the newspaper?

15        A    I don't remember.

16        Q    Did you tell prosecutors that you didn't

17   remember which newspaper, but you would obtain the

18   information from a family member?

19        A    I don't know.

20        Q    Did you tell prosecutors that you saw Mr.

21   White break the border of your license plate cover with

22   a plier and scratch your bumper on August 5th, 2022?

23        A    Yes.

24        Q    Did you in fact see Mr. White break the border

25   of your license plate cover with a plier on August 5th,
```

1   2022?

2        A    Not sure.

3        Q    But now you're saying that you remember -- you

4   remember telling prosecutors that you saw him break the

5   border of your plate on -- of your plate cover on August

6   5th, 2022?

7        A    Not sure.

8        Q    Okay.  Did you tell prosecutors -- turning to

9   November 11, 2022, did you tell prosecutors that the

10  plate border had not been covering the license plate

11  before you saw Mr. White on November 11, 2022?

12       A    I don't remember.

13       Q    Okay.  Is there anything that you can think of

14  that would help you remember what you said to

15  prosecutors?

16       A    I know the basic, what I told them.

17       Q    I'm asking though if there is anything --

18  you've testified about what you told them.  Is there

19  anything about what you told them that you haven't yet

20  testified about either in the prior deposition or today?

21       A    That I want an order protection.

22       Q    Yes.  You testified about that in the prior

23  deposition.  All right.  On August 5th, 2022, had anyone

24  else driven the SUV that day aside from you before you

25  saw Mr. White?

```
1       A    I don't know.  Possible.  I don't know.

2       Q    Who could have driven the SUV that day?

3       A    I don't know.

4       Q    Could your brother have driven it?

5       A    I don't remember.

6       Q    Okay.  On August 5th, 2022, did your brother

7    break a piece of the license plate cover that was on

8    your SUV off?

9       A    I don't know.

10      Q    On August 5th, 2022, did your brother wedge or

11   jam a broken piece of the license cover into the license

12   cover?

13      A    I don't know.

14      Q    Who else had access to the vehicle in the five

15   hours before you first saw Mr. White on August 5th,

16   2022?

17      A    I don't know.

18      Q    Is there anyone else who had access to the

19   vehicle in the five hours before you first saw Mr. White

20   on November 11th, 2022?

21      A    I don't remember.

22      Q    On November 11th, 2022, had anyone else driven

23   the SUV that day?

24      A    I don't remember.

25      Q    On November 11th, 2022, did your brother break
```

1    a piece of the license cover off?

2         A    I don't know.

3         Q    On November 11th, 2022, did your brother wedge

4    or jam a piece of the border into the cover?

5         A    I don't know.

6              MR. OLIVER:  Okay.  I've just got a

7    couple of other questions.  We're going to show what was

8    previously marked as Exhibit number 3 at the prior

9    deposition which is WHITE_000637.  I have probably two

10   questions about this and two questions about one other

11   exhibit.

12             Ms. Yu, could you please zoom in?  Can we do a

13   little even?  Okay.  That's good.  Okay.  So we've

14   zoomed in here.  Do you see on the bottom where it says

15   A&Z-I-N-S & DMV Services?

16        A    Yes.

17             MR. OLIVER:  Okay.  Now I'm going to show

18   you what was previously marked as Exhibit 2 that's

19   WHITE_000638.  And we're going to zoom in, please.

20   Okay.  Now we're zoomed in.

21   BY MR. OLIVER:

22             Mr. Klein, is the license border that's

23   depicted in this picture different than the one that was

24   depicted in the exhibit we just looked at, Exhibit 3?

25        A    Looks like it.

1      Q     And you see on the bottom, what does it say?

2   What's the word it says on the bottom there?

3      A     Not sure.

4      Q     You see it says, Advanced, A-D-V-A-N-C-E-D?

5      A     Yes.

6      Q     Okay.  And you see there the phone number 845-

7   363 on the broken piece?

8      A     Yes.

9            MR. OLIVER:  Okay.  Just one more.  We're

10  going to mark as Exhibit 30.  It's WHITE_000674.

11       (Exhibit 30 marked for identification.)

12  BY MR. OLIVER:

13      Q     And while we're getting that up, Mr. Klein,

14  you agree that the license plate border that we looked

15  in that -- in the first picture is a different license

16  plate cover than we looked at in the second, right?

17      A     Looks -- looks different.

18      Q     Okay.  Do you know why that is?

19      A     Not sure.

20      Q     Okay.  Now, we're looking at what's Exhibit

21  30, WHITE_000674.  Is this the broken piece that you

22  gave to the police?

23      A     I don't know.

24      Q     Okay.  Assuming -- well, withdrawn.

25            You agree it looks like the border cover that

1   you had on November 22nd (sic) was different than the

2   one that you had on August 5th?

3               MR. OLIVER:  Just one second, Joe.

4               MR. HIRAOKA:  But I think you said

5   November 22nd.  Did you mean November 11th?

6               MR. OLIVER:  I did.  Thank you very much.

7   I appreciate it.

8   BY MR. OLIVER:

9       Q    You agreed with me, I'll say -- I'll just

10  rephrase it and I've got two or three questions and

11  we're done.  I'm going to ask to hold it open, but.

12           You agree with me that the picture of the

13  license plate cover that we looked at from November 11th

14  shows a different license cover than the picture from

15  August 5th, correct?

16      A    Looks like it.  I'm not sure.

17      Q    Well, it was your car.  Do you know why that

18  is?

19               MR. OLIVER:  You can take the picture

20  down, Ms. Yu.

21  BY MR. OLIVER:

22      Q    Do you know why that is, Mr. Klein?

23      A    No.

24      Q    Okay.  And just to be clear, you -- is what

25  you're claiming here that Mr. White damaged the license