

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSEPH M. HIRAOKA, JR.
*Senior Counsel*
Phone: (212) 356-2413
Fax: (212) 356-1148
jhiraoka@law.nyc.gov

September 12, 2024

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  Adam White v. The City of New York, et al., 23 CV 6924 (RER)(MMH)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and represent defendants City of New York, New York City Police Department, and the defendant police officers (collectively, "City defendants") in the above-referenced matter.

      As per the Court's instructions on August 28, 2024 Order, the parties respectfully submit this joint status report. See ECF Minute Entry, August 28, 2024.  After having met and conferred on September 10, 2024, the parties believe a further settlement conference may be helpful in trying to resolve this matter.

      The parties appreciate the Court's attention and efforts at the settlement conference that was held on August 28, 2024.  However, while the parties are thankful to the Court, the parties believe that a settlement conference before a different Magistrate, who has no prior knowledge about the allegations and defenses, may be more beneficial in possibly resolving this matter.  Therefore, the parties respectfully request that a further settlement conference be scheduled before a different Magistrate.

      The parties are currently available for a further settlement conference on September 23, 2024 and October 8, 2024.

      The parties will advise the Court if circumstances change that would nullify the need for a further settlement conference.

      Thank you for your consideration herein.

                                    Respectfully submitted,

                                    *Joseph M. Hiraoka, Jr.*
                                    Joseph M. Hiraoka, Jr.
                                    *Senior Counsel*
                                    Special Federal Litigation Division

cc: All Counsel (via ECF)