

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSEPH M. HIRAOKA, JR.**<br>*Senior Counsel*<br>Phone: (212) 356-2413<br>Fax: (212) 356-1148<br>jhiraoka@law.nyc.gov |

December 2, 2024

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Adam White v. The City of New York, et al., 23 CV 6924 (RER)(MMH)

Your Honor:

   I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and represent defendants City of New York, New York City Police Department, and the defendant police officers (collectively, "City defendants") in the above-referenced matter.

   As per the Court's Order on November 1, 2024, the parties respectfully submit this joint status report regarding the outcome of the settlement conference held before Magistrate Robert M. Levy on November 25, 2024. See ECF Minute Entry, November 1, 2024. The case did not settle during the conference. However, Magistrate Levy offered a settlement proposal to the parties, and instructed the parties to advise him if they are willing to accept the proposal by January 3, 2025. If the parties accept the settlement proposal, another settlement conference will be scheduled.

   Therefore, the parties request that they submit a joint status report regarding whether the parties accepted Magistrate Levy's settlement proposal, and whether a further settlement conference has been scheduled by January 10, 2025. If the parties do not accept Magistrate Levy's settlement proposal, then the parties request that they submit a revised proposed discovery plan by January 17, 2025.

   Thank you for your consideration herein.

            Respectfully submitted,

            *Joseph M. Hiraoka, Jr.*
            Joseph M. Hiraoka, Jr.
            *Senior Counsel*
            Special Federal Litigation Division

cc: All Counsel (via ECF)