

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSEPH M. HIRAOKA, JR.
*Senior Counsel*
Phone: (212) 356-2413
Fax: (212) 356-1148
jhiraoka@law.nyc.gov

January 3, 2025

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Adam White v. The City of New York, et al.</u>, 23 CV 6924 (RER)(MMH)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and represent defendants City of New York, New York City Police Department, and the defendant police officers (collectively, "City defendants") in the above-referenced matter.

    As per the Court's November 25, 2024 Order, the parties respectfully advise that they do not agree to the settlement proposal that was discussed at the November 25, 2024 settlement conference. See Docket Entry dated November 25, 2024.

    The parties thank the Court for its consideration and assistance in this matter.

                          Respectfully submitted,

                          *Joseph M. Hiraoka, Jr.*
                          Joseph M. Hiraoka, Jr.
                          *Senior Counsel*
                          Special Federal Litigation Division

cc: All Counsel (by ECF)