**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 10, 2025

**BY ECF**

Hon. Ramon E. Reyes, Jr.
United States District Judge
United State District Court
Eastern District of New York

Hon. Marcia M. Henry
United States Magistrate Judge
United State District Court
Eastern District of New York

    Re:    *Adam White v. Sholem Klein, et al.*, 23-cv-06924 (RER)(MMH)

Judge Reyes and Judge Henry:

    I am co-counsel for Plaintiff Adam White.

    I write to inform the Court that Plaintiff has accepted offers of judgment from Defendants pursuant to Fed.R.Civ.P 68.

    Plaintiff will file proof of the offers and acceptance, as well as proposed judgments, no later than this Wednesday, March 12, 2025.

    Once the Court enters the judgments, that will leave only Plaintiffs' claims for attorney's fees, costs, and expenses to be resolved.

    The parties have agreed to ask the Court for a sixty-day extension of the 14-day deadline that will begin to run after the judgments are entered within which Plaintiff must file any application for attorney's fees, costs, and expenses.

    Thank you for the Court's attention to this matter.

    Respectfully submitted,

    /S/

    Gideon Orion Oliver