

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **RACHEL SELIGMAN WEISS**<br>rseligma@law.nyc.gov<br>Phone: (212) 356-2422 |

December 8, 2025

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Adam White v. The City of New York, et al.,* 23-CV-6924 (RER)(MMH)

Your Honor:

      I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for the City defendants in the above referenced action. I write on behalf of the parties to respectfully request an additional enlargement of time from December 29, 2025 until February 29, 2026 for plaintiff to file an application for attorney's fees, costs and expenses.

      As noted in plaintiff's September 17, 2025 letter, *see* ECF ¶48, the previously assigned Assistant Corporation Counsel is no longer handling this matter and the undersigned has resumed responsibility for attempting to resolve the outstanding issue of attorney's fees and costs.[1] This undertaking, however, which entails the review of more than forty pages of detailed billing records, has proven much more time consuming than expected. While the undersigned has begun this process, additional time is needed to complete the review, conduct legal research, as needed, and then confer with the Comptroller's Office on a reasonable resolution. In light of the upcoming holidays and vacation schedules, it is anticipated that the parties will require an additional sixty days to attempt to resolve the issue of attorney's fees with the hopes of avoiding burdensome motion practice.

---

[1] Previous requests for enlargements of time to resolve attorney's fees were made on May 8, 2025 and July 1, 2025. *See* ECF ¶¶ 46, 47. Both requests were granted.

   Accordingly, the parties respectfully an extension of time until February 29, 2026 for plaintiff to file an application for attorney's fees, costs and expenses if necessary. Thank you for your consideration of this request.

                  Respectfully submitted,

                  */s/ Rachel Seligman Weiss*
                  Rachel Seligman Weiss

cc: *All Counsel of record*