

| STEVEN BANKS<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | RACHEL SELIGMAN WEISS<br>rseligma@law.nyc.gov<br>Phone: (212) 356-2422 |
|---|---|---|

February 20, 2026

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Adam White v. The City of New York, et al.,* 23-CV-6924 (RER)(MMH)

Your Honor:

      I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, counsel for the City defendants in the above referenced action. I write in furtherance of Your Honor's order from February 17, 2026 and in response to plaintiff's letter dated February 12, 2026 at ECF ¶ 50.

      Briefly, City defendants do not oppose plaintiff's request for a settlement conference to resolve the issue of plaintiff's fees nor do we oppose plaintiff's request for "a stay or adjustment of the February 27, 2026 final deadline by which Plaintiff must make any application for the Court to resolve the issue." *Id*. That said, with respect to plaintiff's request for "an order directing Defendants to make offers by a reasonable, prompt date certain in advance, *see id*., any such request is unnecessary particularly in light of Your Honor's Standing Order for Settlement Conferences. Specifically, as plaintiff must certainly be aware, Section I(B)(2) *already* requires defendant(s) to provide an offer no less than seven days prior to the settlement conference.

      Thank you for your consideration herein.

      Respectfully submitted,

      */s/ Rachel Seligman Weiss*
      Rachel Seligman Weiss

cc: *All counsel of record*