**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 27, 2026

**BY ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United State District Court
Eastern District of New York

Re:     *Adam White v. Sholem Klein, et al.*, 23-cv-06924 (RER)(MMH)

Your Honor:

I am co-counsel for Plaintiff. I write jointly with all counsel regarding the only issue remaining in the case – the amount of attorney's fees, costs, and expenses Plaintiff is entitled to – in compliance with the Court's February 27, 2026 Order.

Defendants responded to Plaintiff's attorney's fees demand and the parties timely met and conferred in good faith.

The parties have not resolved the attorneys' fees issue and respectfully seek a settlement conference.

Thank you for your attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver