**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com**\*
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914\*

*\*Not for service*

April 15, 2026

**BY ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United State District Court
Eastern District of New York

  Re:  *Adam White v. Sholem Klein, et al.*, 23-cv-06924 (RER)(MMH)

Your Honor:

  I am co-counsel for Plaintiff. I write in compliance with the Court's April 8, 2026 text-only Order.

  The parties have met and conferred regarding potential dates for a settlement conference in June 2026 and are available on June 5, 8, and 9.

  Thank you for your attention to this matter.

        Respectfully submitted,

         /S/

        Gideon Orion Oliver