## Gideon Orion Oliver
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com**\*
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914\*

*\*Not for service*

June 2, 2026

**BY ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United State District Court
Eastern District of New York

> Re:    *Adam White v. Sholem Klein, et al.*, 23-cv-06924 (RER)(MMH)

Your Honor:

I am co-counsel for Plaintiff.

I write to ask that the Court excuse Plaintiff Adam White from attending next week's video settlement conference. Defendants consent.

Mr. White is himself an attorney with a busy law practice, who long ago accepted offers of judgement pursuant to Fed.R.Civ.P. Rule 68 in order to resolve the case.

The only issue remaining in the case is the amount of attorney's fees, costs, and expenses to which Plaintiff is entitled, and counsel are fully empowered to resolve that issue, or not, at the conference.

If the Court grants this application, Mr. White will be available by phone, should counsel or the Court need him.

If the Court does not grant this application, counsel may need to request an adjournment of the conference, depending on Mr. White's other obligations during the time period in which the conference is scheduled.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Gideon Orion Oliver