UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ADAM D. WHITE,

Plaintiff,

-against-

SHOLEM KLEIN, *et al.*,

Defendants.

-------------------------------------------------------------------------- X

**STIPULATION OF SETTLEMENT OF ATTORNEY'S FEES, EXPENSES, AND COSTS**

23-CV-6924 (RER) (MMH)

**WHEREAS,** plaintiff commenced this action by filing a complaint on or about September 19, 2023, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

**WHEREAS**, plaintiff Adam White accepted a Rule 68 Offer of Judgment from Defendants City of New York, Ahmed Ali, Leighton Barrett, Palakpreet Kaur, Kurt Klenke, Adam Phillips, Carlos Rebolledocortes, and Ikram Ullah in the amount of FIVE THOUSAND AND ONE ($5,001.00) DOLLARS, plus reasonable attorney's fees, expenses, and costs, on January 3, 2025, and plaintiff has since taken judgement against Defendant City of New York pursuant thereto; and

**WHEREAS**, plaintiff accepted Defendant Klein's Rule 68 Offer of Judgment in the amount of FOUR THOUSAND ($4,000) DOLLARS, plus reasonable attorneys' fees, expenses, and costs on March 5, 2025, and plaintiff has since taken judgement against Defendant Klein pursuant thereto; and

**WHEREAS**, all defendants deny any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of plaintiffs' rights to attorneys' fees, expenses, and costs to counsel, Gideon Orion Oliver and Cohen&Green, P.L.L.C.; and

**WHEREAS,** counsel for all defendants and counsel for plaintiffs now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1. Defendant City of New York hereby agrees to pay plaintiff's counsel, Cohen&Green, P.L.L.C., the sum of One Hundred Thirty-Six Thousand Dollars ($136,000.00) and defendant Sholem Klein agrees to contribute the sum of Nine Thousand Dollars ($9,000.00), for a total settlement amount of One Hundred Forty Five Thousand Dollars ($145,000.00), in full satisfaction of all claims for attorneys' fees, expenses, or costs that were or could have been alleged in the aforementioned action.

2. In consideration for the payment of these sums, plaintiff agrees to release defendants Sholem Klein, the City of New York, Ahmed Ali, Leighton Barrett, Palakpreet Kaur, Kurt Klenke, Adam Phillips, Carlos Rebolledocortes, and Ikram Ullah; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, or costs that were or could have been alleged in the aforementioned action.

3. In consideration of the contribution to this settlement to be paid by the City of New York as set forth in paragraph "1" above, defendant Sholem Klein agrees to dismissal, with

prejudice, of any and all cross-claims against the City of New York, or any agency thereof, in this action, and shall execute and serve on the City of New York's attorney general releases, by personal service or certified mail, at 100 Church Street, New York, New York 10007.

4. Plaintiff and counsel each shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 and upon Sholem Klein's attorney at 108-14 Jamaica Avenue, Richmond Hill, New York 11418 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, and IRS Form W-9.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof. Counsel for plaintiff hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of plaintiff in any application for attorneys' fees, expenses, or costs at any time.

6. Nothing contained herein shall be deemed to be an admission by the defendants that it has in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

7. This Stipulation and Order contains all the terms and conditions agreed upon by counsel for defendants and counsels for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and

Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

[remainder of page intentionally left blank]

DATED: August 27, 2026
New York, New York

COHEN&GREEN PLLC
*Attorneys for Plaintiff*
16-39 CENTRE ST., SUITE 216
RIDGE WOOD, NY 11385
(929) 888-9480

GIDEON OLIVER, ESQ.
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York, NY 10007
(718) 783-3682 x 5

By: Gideon Oliver Oliver
Gideon Oliver
*Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Barrett, Klenke, Ali, Kaur, Phillips, Rebolledocortes, and Ullah*
100 Church Street, 3rd Floor
New York, New York 10007

By /s Rachel Seligman Weiss

Rachel Seligman Weiss

THE LAW OFFICES OF HECTOR M. ROMAN P.C.
*Attorney for Defendant Klein*
108-14 Jamaica Avenue
Richmond Hill, New York 11418

By: /s/ Hector M. Roman

Hector M. Roman Jr., Esq.
*Attorney for Defendant Klein*